1  Cynthia S. Arato (SBN 156856)
   Avery D. Medjuck (*pro hac vice*)
2  SHAPIRO ARATO BACH LLP
   1140 Ave of the Americas, 17th Fl.
3  New York, NY 10036
   Telephone: (212) 257-4880
4  carato@shapiroarato.com
   amedjuck@shapiroarato.com
5
   Max J. Sprecher (SBN 169285)
6  LAW OFFICES OF MAX J. SPRECHER
   21300 Victory Blvd., Suite 300
7  Woodland Hills, CA 91367
   Telephone: (818) 996-2255
8  max@sprecherlaw.com

9  *Attorneys for Plaintiffs*

10 BARNES & THORNBURG LLP
   Garrett S. Llewellyn (SBN 267427)
11 2029 Century Park East
   Los Angeles, CA 90067
12 Telephone: (310) 284-3876
   garrett.llewellyn@btlaw.com
13
   Jeff M. Barron (*pro hac vice* forthcoming)
14 11 South Meridian Street
   Indianapolis, IN 46204
15 Telephone: (317) 231-7735
   Jeff.barron@btlaw.com
16
17 *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DESIGNER BRANDS INC., et al., <br><br> *Defendants*. | Case No. 2:25-cv-07285-JC <br><br> **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)** <br><br> **(DOCKET NO. 22)** |

///

1  This Court, having read and considered the parties' Stipulation to Further
2  Extend Deadline to Respond to Complaint by More Than 30 Days, and finding good
3  cause therefor, hereby orders that the time within which Defendants may respond to
4  Plaintiffs' Complaint is extended through and including October 24, 2025.
5  **IT IS SO ORDERED.**
6
7  Dated: September 18, 2025
8
9                                                    /s/
10                                      Honorable Jacqueline Chooljian
                                        United States Magistrate Judge