# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DESIGNER BRANDS INC., et al., <br><br> *Defendants*. | Case No. 2:25-cv-07285-BFM <br><br> **ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT AND CONDUCT ASSOCIATED JURISDICTIONAL DISCOVERY** |

ORDER                                                      Case No. 2:25-cv-07285 (BFM)

## ORDER

Plaintiffs Sony Music Entertainment, Sony Music Entertainment US Latin LLC, Arista Music, Arista Records, LLC, Ultra Records, LLC, Zomba Recording LLC, Records Label, LLC, and LaFace Records, LLC (collectively "Plaintiffs") and Defendants Designer Brands Inc., DSW Shoe Warehouse, Inc., and Topo Athletic LLC ("Defendants") (collectively, the "Parties") have stipulated and agreed that the time within which Plaintiffs may file a First Amended Complaint and conduct associated jurisdictional discovery should be extended through and including June 30, 2026.

Having considered the Parties' stipulation and the grounds offered therefor, the Court hereby GRANTS the relief requested as follows:

IT IS HEREBY ORDERED that the time for Plaintiffs to file and serve their First Amended Complaint and to complete jurisdictional discovery is extended by sixty-three (63) days, up to and including June 30, 2026;

**IT IS SO ORDERED.**

Dated: May 1, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

ORDER                                                       Case No. 2:25-cv-07285 (BFM)