GARRETT S. LLEWELLYN (SBN 267427)
  garrett.llewellyn@btlaw.com
LYRIC D. MENGES (SBN 356378)
  lyric.menges@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067-2904
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

JEFF M. BARRON (*pro hac vice*)
  jeff.barron@btlaw.com
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Telephone:   (317) 231-7735

*Attorneys for Defendant*
DESIGNER BRANDS INC.,
DSW SHOE WAREHOUSE, INC., and
TOPO ATHLETIC, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, ULTRA RECORDS, LLC, ZOMBA RECORDING, LLC, RECORDS LABEL, LLC, LaFACE RECORDS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DESIGNER BRANDS INC., DSW SHOE WAREHOUSE, INC., TOPO ATHLETIC, LLC, <br><br> Defendants. | Case No. 2:25-cv-07285-BFM <br><br> **DEFENDANTS' NOTICE AND SUBMISSION OF THE OHIO COURT'S ORDER IN *DESIGNER BRANDS INC., ET AL. V. SONY MUSIC ENTERTAINMENT, ET AL.*, CASE NO. 2:25-CV-765 (S.D. OHIO)** |

DEFENDANTS' NOTICE OF DECISION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the U.S. District Court for the Southern District of Ohio has granted Plaintiffs' Motion to Dismiss in *Designer Brands Inc. et al. v. Sony Music Entertainment, et al.*, Case No. 2:25-cv-765 (S.D. Ohio) ("Ohio Case") on grounds Defendants' Declaratory Judgment Complaint was an anticipatory filing. *See* Ex. 1 (Dkt. 102 of the Ohio Case) at PAGEID1387. The Court did not "reach the SME Defendants' alternative argument for dismissal for lack of personal jurisdiction." *Id.* at n.4. The Court also stated that:

> The Court recognizes, however, that there is a motion to transfer the California Case to this Court that is currently pending before the Central District of California. *Sony Music Ent. v. Designer Brands Inc.*, No. 2:25-cv-07285-JC, ECF No. 82 (July 9, 2026 C. D. Cal. ). If the Central District of California decides that transfer is warranted, the Court will welcome the return of this litigation between Plaintiffs and the SME Defendants.

*Id.* at PAGEID1387.

Dated: August 5, 2026          BARNES & THORNBURG LLP

By:   */s/ Jeff M. Barron*

    Garrett S. Llewellyn
    Jeff M. Barron (*pro hac vice*)

    Attorneys for Defendants
    DESIGNER BRANDS INC.,
    DSW SHOE WAREHOUSE, INC., and
    TOPO ATHLETIC, LLC.