Cynthia S. Arato (SBN 156856)
Fabien M. Thayamballi (SBN 284752)
SHAPIRO ARATO BACH LLP
1140 Ave of the Americas, 17th Fl.
New York, NY 10036
Telephone: (212) 257-4880
carato@shapiroarato.com
fthayamballi@shapiroarato.com

Max J. Sprecher (SBN 169285)
LAW OFFICES OF MAX J. SPRECHER
21300 Victory Blvd., Suite 300
Woodland Hills, CA 91367
Telephone: (818) 996-2255
max@sprecherlaw.com

*Attorneys for Plaintiffs*

BARNES & THORNBURG LLP
Garrett S. Llewellyn (SBN 267427)
Lyric D. Menges (SBN 356378)
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 284-3876
garrett.llewellyn@btlaw.com

Jeff M. Barron (*pro hac vice*)
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7735
Jeff.barron@btlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al.,<br>*Plaintiffs*,<br>v.<br>DESIGNER BRANDS INC., et al.,<br>*Defendants*. | Case No. 2:25-cv-07285-BFM<br><br>**NOTICE OF SETTLEMENT AND STIPULATION** |

Pursuant to Local Rule 40-2, Plaintiffs Sony Music Entertainment, Sony Music Entertainment US Latin LLC, Arista Music, Arista Records, LLC, Ultra Records, LLC, Zomba Recording LLC, Records Label, LLC, and LaFace Records, LLC (collectively "Plaintiffs") and Defendants Designer Brands Inc., DSW Shoe Warehouse, Inc., and Topo Athletic LLC (collectively "Defendants") (and collectively with Plaintiffs, the "Parties") report that, subject to the negotiation and execution of a mutually acceptable settlement agreement, they have reached a settlement in principle.

Accordingly, the Parties hereby stipulate, agree, and respectfully request that the upcoming hearings and conference scheduled for August 18 and 25, 2026, be taken off calendar and that all dates and deadlines be continued by 30 days, including the above hearing and conference dates.

The Parties respectfully request that the Court enter an Order granting the requested relief.

**IT IS SO STIPULATED.**

Dated: August 17, 2026

SHAPIRO ARATO BACH LLP

By: /s/ Cynthia S. Arato
Cynthia S. Arato

*Attorneys for Plaintiffs*

Dated: August 17, 2026

BARNES & THORNBURG LLP

By: /s/ Jeff M. Barron
Jeff M. Barron

*Attorneys for Defendants*

**ATTESTATION REGARDING SIGNATURES**

I, Cynthia S. Arato, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 17, 2026

SHAPIRO ARATO BACH LLP

By: /s/ Cynthia S. Arato
Cynthia S. Arato

*Attorneys for Plaintiffs*