Cynthia S. Arato (SBN 156856)
Fabien M. Thayamballi (SBN 284752)
SHAPIRO ARATO BACH LLP
1140 Ave of the Americas, 17th Fl.
New York, NY 10036
Telephone: (212) 257-4880
carato@shapiroarato.com
fthayamballi@shapiroarato.com

Max J. Sprecher (SBN 169285)
LAW OFFICES OF MAX J. SPRECHER
21300 Victory Blvd., Suite 300
Woodland Hills, CA 91367
Telephone: (818) 996-2255
max@sprecherlaw.com

*Attorneys for Plaintiffs*

BARNES & THORNBURG LLP
Garrett S. Llewellyn (SBN 267427)
Lyric D. Menges (SBN 356378)
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 284-3876
garrett.llewellyn@btlaw.com

Jeff M. Barron (*pro hac vice*)
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-7735
Jeff.barron@btlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SONY MUSIC ENTERTAINMENT, et al.,

*Plaintiffs*,

v.

DESIGNER BRANDS INC., et al.,

*Defendants*.

Case No. 2:25-cv-07285-BFM

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for Plaintiffs and Defendants, that this action be dismissed with prejudice as to all claims, causes of action and parties, and without costs or attorneys' fees to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: November 4, 2026

SHAPIRO ARATO BACH LLP

By: /s/ Cynthia S. Arato
Cynthia S. Arato

*Attorney for Plaintiffs*

Dated: November 4, 2026

BARNES & THORNBURG LLP

By: /s/ Jeff M. Barron
Garrett S. Llewellyn
Jeff M. Barron (*pro hac vice*)

*Attorneys for Defendants*

**ATTESTATION REGARDING SIGNATURES**

I, Cynthia S. Arato, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 4, 2026

SHAPIRO ARATO BACH LLP

By: /s/ Cynthia S. Arato
Cynthia S. Arato

*Attorney for Plaintiffs*